# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
| Plaintiff, | ) |
| | ) No. 20-cv-79 |
| v. | ) |
| | ) Judge Charles P. Kocoras |
| PHYSICIANS IMMEDIATE CARE LLC | ) Magistrate Judge Susan E. Cox |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Physicians Immediate Care LLC by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, each party to bear its own costs and attorney's fees.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Jeffry S. Spears* |
| R. Joseph Kramer | Jeffry S. Spears, Esq. |
| KRAMER INJURY LAW LLC | FAULKNER SPEARS & CHUDOBA, LLC |
| 225 W. Washington Street, Ste. 2200 | 308 West State Street, Suite 115 |
| Chicago, IL 60606 | Rockford, IL 61101 |
| Phone: (312) 775-1012 | Phone: (815) 963-8050 |
| Joe@rjklawyer.com | jspears@fsclegal.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on July 28, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer